ROBERT C. O'BRIEN (SBN 154372)
MICHAEL M. AMIR (SBN 204491)
**FRIEDEMANN O'BRIEN GOLDBERG & ZARIAN LLP**
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071
Telephone: (213) 629-7400
Facsimile: (213) 629-7401

Attorneys for Defendants
WARNER BROS. RECORDS, INC. and
RHINO ENTERTAINMENT COMPANY

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REINHARDT (aka Richie Ramone and Richie Beau), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CUMMINGS (aka JOHN RAMONE and JOHNNY RAMONE), an individual; WARNER BROS. RECORDS, INC., a Delaware corporation; RHINO ENTERTAINMENT COMPANY, a Delaware Corporation; IRA HERZOG, an individual; HERZOG & STRAUS, a New York partnership; TACO TUNES, INC., a New York corporation; RAMONES PRODUCTIONS, INC., a New York corporation; and DOES 1 through 10 inclusive;<br><br>Defendants. | No.: 03-CV-5743 RSWL (RCx)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS WARNER BROS. RECORDS, INC.'S AND RHINO ENTERTAINMENT COMPANY'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |



ENTER ON ICMS
OCT 31 2003




COPY

1

**STIPULATION & [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## STIPULATION

**WHEREAS**, on or about August 12, 2003, Plaintiff Richard Reinhardt filed a Complaint in the above-captioned Court naming, *inter alia*, Warner Bros. Records, Inc. and Rhino Entertainment Company (collectively "Defendants").

**WHEREAS**, on or about September 10, 2003, Defendants and Plaintiff entered into a stipulation wherein Plaintiff granted Defendants an extension of time to answer or otherwise respond to Plaintiff's Complaint. Pursuant to the parties' stipulation, Defendants had up to and including October 10, 2003 to file a responsive pleading to Plaintiff's Complaint.

**WHEREAS**, on or about October 10, 2003, Plaintiff agreed to grant Defendants an additional two week extension of time to answer or otherwise respond to the Plaintiff's Complaint. Defendants' deadline to respond to the Complaint was therefore continued to October 24, 2003.

**WHEREAS**, on or about October 14, 2003, the Court signed the parties' [Proposed] Order regarding the extension of time. The Clerk entered the Order on or about October 15, 2003.

**WHEREAS**, on or about October 17, 2003, Plaintiff agreed to grant Defendants an additional five-day extension of time to answer or otherwise respond to Plaintiff's Complaint. Defendants' deadline to respond to the Complaint was continued to October 29, 2003.

**WHEREAS**, the parties have commenced settlement discussions and are currently in negotiations towards that end. The parties may utilize one of the Court's alternative dispute resolution options to facilitate settlement.

**WHEREAS**, in light of the parties' efforts to negotiate a settlement, and in furtherance thereof, the parties have agreed to extend Defendants' deadline to answer or otherwise respond to the Complaint. Accordingly, Plaintiff has agreed to grant Defendants up to and including December 15, 2003 to answer or otherwise

2

STIPULATION & [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

respond to Plaintiff's Complaint. The parties anticipate that they will settle this matter prior to December 15, 2003. The parties will apprise the Court of such settlement immediately.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that Defendants may have up to and including December 15, 2003 to answer or otherwise respond to Plaintiff's Complaint.

Dated: October 29 2003                Respectfully submitted,

**FRIEDEMANN O'BRIEN GOLDBERG & ZARIAN, LLP**

By: _____
MICHAEL M. AMIR
Attorneys for Defendants
WARNER BROS. RECORDS, INC. and
RHINO ENTERTAINMENT COMPANY

**WILLENKEN LOH STRIS LEE & TRANN LLP**

By:_____
JASON H. WILSON
Attorneys for Plaintiff
RICHARD REINHARDT

### [PROPOSED] ORDER

Good cause appearing therefor and upon the stipulation of the Parties,

IT IS THEREFORE ORDERED that Defendants Warner Bros. Records, Inc. and Rhino Entertainment Company have up to and including December 15, 2003 to answer or otherwise respond to Plaintiff's Complaint:

DATED: _____10-30_____, 2003

RONALD S.W. LEW
_____
The Honorable Ronald S.W. Lew
UNITED STATES DISTRICT JUDGE

3

**STIPULATION & [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1 respond to Plaintiff's Complaint. The parties anticipate that they will settle this
2 matter prior to December 15, 2003. The parties will apprise the Court of such
3 settlement immediately.
4     **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**
5 that Defendants may have up to and including December 15, 2003 to answer or
6 otherwise respond to Plaintiff's Complaint.
7 Dated: October 29, 2003     Respectfully submitted,

**FRIEDEMANN O'BRIEN GOLDBERG & ZARIAN, LLP**

By: _____
MICHAEL M. AMIR
Attorneys for Defendants
WARNER BROS. RECORDS, INC. and
RHINO ENTERTAINMENT COMPANY

**WILLENKEN LOH STRIS LEE & TRANN LLP**

By: _____
JASON H. WILSON
Attorneys for Plaintiff
RICHARD REINHARDT

### [PROPOSED] ORDER

Good cause appearing therefor and upon the stipulation of the Parties,

IT IS THEREFORE ORDERED that Defendants Warner Bros. Records, Inc. and Rhino Entertainment Company have up to and including December 15, 2003 to answer or otherwise respond to Plaintiff's Complaint.

DATED: _____, 2003

_____
The Honorable Ronald S.W. Lew
UNITED STATES DISTRICT JUDGE

3

STIPULATION & [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT

RICHARD REINHARDT

v.

JOHN CUMMINGS (aka JOHN RAMONE)

UNITED STATES DISTRICT COURT

CASE NUMBER 03-CV-5743 RSWL (RCx)

PROOF OF SERVICE

I am a citizen of the United States. My business address is Friedemann O'Brien Goldberg & Zarian LLP, 445 South Figueroa Street, Suite 3750, Los Angeles, California 90071. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the following document(s) described as:
**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS WARNER BROS. RECORDS, INC.'S AND RHINO ENTERTAINMENT COMPANY'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

(BY FAX) I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) listed on the attached list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

X  (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached list, and sealed and placed the envelopes for collection and mailing following ordinary business practices.

(BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached list.

(BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to the person(s) on the attached list.

Jason H. Wilson, Esq.
WILLENKEN LOH STRIS LEE & TRAN LLP
725 South Figueroa Street, Suite 1690
Los Angeles, CA 90017

[X]  *(Federal)* I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 30, 2003, at Los Angeles, California.

*Marilyn Kagley*
———————————————
Marilyn Kagley

Friedemann O'Brien
Goldberg & Zarian LLP
445 S Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401